**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO. 2:21-CR-200** |
| | : | |
| | : | |
| **v.** | : | |
| | : | **CHIEF JUDGE MARBLEY** |
| **TIFFANY R. SMITH,** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION FOR LEAVE  TO DISMISS**
**INDICTMENT WITHOUT PREJUDICE**

Pursuant to Rule 48(a) of the Federal Rules of Criminal  Procedure, the United

States of America hereby moves for leave to dismiss the Indictment on Tiffany R. Smith,

without prejudice.

Respectfully  submitted,

KENNETH L. PARKER
United  States Attorney

s/Sheila G. Lafferty
SHEILA G. LAFFERTY (0042554)
Assistant United States Attorney
303 Marconi Blvd., Ste. 200
Columbus, Ohio 43215
(614) 469-5715
Email: sheila.lafferty@usdoj.gov

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2022, a copy of the foregoing Motion was served electronically upon counsel of record.

s/Sheila G. Lafferty
SHEILA G. LAFFERTY
Assistant United States Attorney